UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-61288-COOKE

THE STEPHAN CO.,

Plaintiff,

vs.

COLGATE PALMOLIVE COMPANY,

Defendant.
_____/

**ORDER ON DEFENDANT'S *UNOPPOSED* MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE, having come before the Court on Defendant's Unopposed Motion for Second Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), and the Court being advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. Defendant shall have an extension of time through and including August 27, 2010 within which to answer, move, or otherwise respond to Plaintiff's Complaint.

DONE and ORDERED in Chambers at Miami, Florida, this 24th day of August, 2010.

_____
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

Copies provided to attorneys on attached Service List.

CASE NO. 10-CV-61288-COOKE

## SERVICE LIST
Case No. 10-61288-COOKE
The Stephan Co. v. Colgate Palmolive Company

Richard E. Berman
reb@bermankean.com
Brian J. McCarthy
bjm@bermankean.com
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Suite 2800
Fort Lauderdale, FL 33309
Telephone: (954) 735-0000
Facsimile: (954) 735-3636
*Counsel for The Stephan Co.*
Service via CM/ECF

Matthew Triggs
mtriggs@proskauer.com
Payal Salsburg
psalsburg@proskauer.com
PROSKAUER ROSE LLP
One Boca Place, Suite 340 West
2255 Glades Road
Boca Raton, Florida 33431
Telephone: (561) 241-7400
Facsimile: (561) 241-7145

-and-

Brendan J. O'Rourke, Esq. (*not admitted*)
borourke@proskauer.com
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Counsel for Colgate Palmolive Company*
Service via CM/ECF