UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-61288-COOKE/BANDSTRA

THE STEPHAN CO.,

    Plaintiff,

        vs.

COLGATE-PALMOLIVE COMPANY,

    Defendant.

## NOTICE OF STRIKING

The undersigned counsel hereby gives Notice of Striking Defendant Colgate-Palmolive Company's Motion To Dismiss Plaintiff's Complaint filed on August 27, 2010 (DE # 17) because the Proposed Order (DE # 17-2) was inadvertently filed.  Defendant Colgate-Palmolive Company will re-file the Motion to Dismiss Plaintiff's Complaint.

Dated:  August 27, 2010

        PROSKAUER ROSE LLP

        By:  s/ Payal Salsburg
        Matthew Triggs, Esq.
        Florida Bar No. 0865745
        Payal Salsburg, Esq.
        Florida Bar No. 0057038
        2255 Glades Road, Suite 340 West
        Boca Raton, FL 33431
        (561) 241-7400

        Brendan J. O'Rourke, Esq. (*pro hac vice*)
        Adam D. Siegartel, Esq. (*pro hac vice*)
        Gerald W. Sawczyn, Esq. (*pro hac vice*)
        Dolores DiBella, Esq. (*pro hac vice*)
        1585 Broadway
        New York, New York 10036

(212) 969-3000
*Attorneys for Defendant Colgate-Palmolive Company*

CERTIFICATE OF SERVICE

I, Payal Salsburg, an attorney associated with the law firm Proskauer Rose LLP, hereby certifies that, on August 27, 2010, I caused a true and correct copy of the Notice of Striking to be served via ECF upon the counsel for plaintiff, Richard E. Berman, Esq., Berman, Kean & Riguera, P.A., 2101 W. Commercial Blvd., Suite 2800, Fort Lauderdale, FL 33309.

Dated:  August 27, 2010

_____s/ Payal Salsburg_____
Payal Salsburg