UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-CV-61288-COOKE

THE STEPHAN CO.,

    Plaintiff,

vs.

COLGATE-PALMOLIVE COMPANY,

    Defendant.

**DECLARATION OF CHRIS MILLER**

I, CHRIS MILLER, declare as follows:

1. I am the Director of U.S. Supply and Demand Planning for defendant Colgate-Palmolive Company ("Colgate"). I submit this declaration in support of Colgate's motion to dismiss this action. I am fully familiar with the facts set forth herein.

2. Colgate does not distribute or sell WILDROOT products in Mexico, and does not manage the distribution or sale of such products in Mexico. Instead, Colgate Palmolive S.A. De C.V., a Colgate affiliate, is responsible for the distribution and sale of WILDROOT products in Mexico, and has been for some time.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2010 in New York, New York.

_____
Chris Miller