UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 10-CV-61288-COOKE/BANDSTRA**

THE STEPHAN CO.,

Plaintiff,

vs.

COLGATE PALMOLIVE COMPANY,

Defendant.
_____/

**ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

  THIS MATTER is before the Court upon Defendant Colgate Palmolive Company's Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss"), filed on August 27, 2010.

  The Court, having reviewed the Motion to Dismiss and being advised fully in the premises, hereby

  ORDERS and ADJUDGES as follows:

  The Motion to Dismiss is GRANTED. Plaintiff's claims are hereby dismissed, in their entirety, with prejudice.

  DONE and ORDERED in chambers, Miami, Florida, this ___ day of _____, 2010.

                      _____
                       MARCIA G. COOKE
                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record on attached Service List.*

CASE NO. 10-CV-61288-COOKE

**SERVICE LIST**
Case No. 10-61288-COOKE/BANDSTRA
**The Stephan Co. v. Colgate Palmolive Company**

Richard E. Berman
reb@bermankean.com
Brian J. McCarthy
bjm@bermankean.com
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Suite 2800
Fort Lauderdale, FL 33309
Telephone: (954) 735-0000
Facsimile: (954) 735-3636
*Counsel for The Stephan Co.*
Service via CM/ECF


Matthew Triggs
mtriggs@proskauer.com
Payal Salsburg
psalsburg@proskauer.com
PROSKAUER ROSE LLP
One Boca Place, Suite 340 West
2255 Glades Road
Boca Raton, Florida 33431
Telephone: (561) 241-7400
Facsimile: (561) 241-7145

-and-

Brendan J. O'Rourke, Esq. (*pro hac vice*)
borourke@proskauer.com
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Counsel for Colgate Palmolive Company*
Service via CM/ECF