# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 10-CV-61288-COOKE/BANDSTRA

THE STEPHAN CO.,

     Plaintiff,

         vs.

COLGATE-PALMOLIVE COMPANY and
ORGANIZACION SAHUAYO, S.A. DE C.V.,

     Defendants.

_____

## NOTICE OF CHANGE OF ADDRESS

*Pro hac vice* attorneys Brendan J. O'Rourke, Adam. D. Siegartel, Gerald W. Sawczyn, and Dolores DiBella file this Notice of Change of Address in the above-captioned case.

Effective January 18, 2011, all future pleadings, memoranda, correspondence, orders, etc., for these attorneys shall be sent to:

     Law Firm:     Proskauer Rose LLP

     Address:     Eleven Times Square

                   New York, NY 10036

Dated: January 14, 2011

PROSKAUER ROSE LLP

By: s/Payal Salsburg
    Matthew Triggs, Esq.
    Florida Bar No. 0865745
    Payal Salsburg, Esq.
    Florida Bar No. 0057038

2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
(561) 241-7400

Brendan J. O'Rourke, Esq. (*pro hac vice*)
Adam D. Siegartel, Esq. (*pro hac vice*)
Gerald W. Sawczyn, Esq. (*pro hac vice*)
Dolores DiBella, Esq. (*pro hac vice*)
1585 Broadway
New York, New York 10036
(212) 969-3000

*Attorneys for Defendant*
*Colgate-Palmolive Company*

## CERTIFICATE OF SERVICE

I, Payal Salsburg, an attorney associated with the law firm Proskauer Rose LLP, hereby certify that, on January 14, 2011, I caused a true and correct copy of the Notice of Change of Address to be served via ECF upon the counsel for plaintiff, Richard E. Berman, Esq., Berman, Kean & Riguera, P.A., 2101 W. Commercial Blvd., Suite 2800, Fort Lauderdale, FL 33309.

Dated:  January 14, 2011

                s/Payal Salsburg
                Payal Salsburg