| | |
|---|---|
| **From:** | Susan Fahey [Susan_Fahey@thestephanco.com] |
| **Sent:** | Thursday, June 05, 2008 11:05 AM |
| **To:** | dennis_hickey@colpal.com |
| **Cc:** | Brett Babb (E-mail) |
| **Subject:** | Wildroot |

>From Frank Ferola:
Dennis,
Thank you for turning over our concerns, to your legal department, with regard to Mexican Wildroot being stopped by Customs at the U.S. border.
It appears the Customs Department has released this shipment of over 600 cases, to a U.S. Distributor, which of course is going to hurt our business in the United States since this will take away from our sales.
It appears that the Customs Department has already determined that it was not counterfeit. Your legal department has not been able to help us any further. We need your help in stopping the flow of the Mexican Wildroot into the U.S.
Do you have any suggestions at this point?
Your cooperation will be greatly appreciated.
Please advise.



EXHIBIT