UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 10-61288-Civ-COOKE/BANDSTRA**

THE STEPHAN CO.,

    Plaintiff

vs.

COLGATE-PALMOLIVE COMPANY,

    Defendant.

_____/

**ORDER SCHEDULING MEDIATION CONFERENCE**

THIS MATTER is before me on the Notices of Mediation (ECF Nos. 38, 39). The mediation conference in this matter shall be held on February 28, 2011, at 10:30 a.m. at the offices of William C. Hearon, P.A., Suntrust International Center, One Southeast Third Avenue, Suite 3000, Miami, Florida, with William Hearon to serve as Mediator. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court. Failure to comply with this Order may result in sanctions

Within ten days following the mediation conference, the Mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE and ORDERED** in chambers, at Miami, Florida, this 24th day of February 2011.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*