UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CV-61288-COOKE

THE STEPHAN CO.,

    Plaintiff,

vs.

COLGATE PALMOLIVE CO.,

    Defendant.

_____/

## MEDIATOR'S REPORT

A mediation conference was held in the above-styled case on February 28, 2011. Counsel and the parties or representatives of all of the parties were present. Counsel and the parties have agreed to adjourn and reconvene shortly either in person or telephonically.

WILLIAM C. HEARON, P.A.
SunTrust International Center
One Southeast Third Avenue
Suite 3000
Miami, Florida 33131
Ph: (305) 579-9813
Fax: (305) 358-4707
E-mail: bill@williamhearon.com

By: _____
William C. Hearon
Florida Bar No. 264660

CASE NO.: 10-CV-61288-COOKE
PAGE 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via U.S. Mail on this 1ST day of March 2011 to:

Jonathan Galler, Esq.
Matther Triggs, Esq.
Payal Salsburg, Esq.
Proskauer, Rose, LLP
2255 Glades Road
Suite 340 West
Boca Raton, Florida 33431

Richard E. Berman, Esq.
Brian J. McCarthy, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Boulevard
Suite 2800
Fort Lauderdale, Florida 33309

Brendan J. O'Rourke, Esq.
Gerald W. Sawczyn, Esq.
Dolores F. DiBella, Esq.
Adam Siegartel, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, New York 10036

By: _____
William C. Hearon