UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-61288-CIV-COOKE/BANDSTRA

THE STEPHAN CO.,

    Plaintiff,

vs.

COLGATE-PALMOLIVE COMPANY and
ORGANIZATION SAHUAYO, S.A. DE C.V.,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant Colgate-Palmolive Company's Motion for Sanctions pursuant to Fed.R.Civ.P. 11 (D.E. 36) filed on January 24, 2011. Reviewing this motion, the response and reply thereto, the Court file and applicable law, it is hereby

ORDERED AND ADJUDGED as follows:

    a. Defendant Colgate-Palmolive Company's Motion for Sanctions (D.E. 36) is DENIED, the Court finding that the primary issues raised therein, i.e., the legal adequacy of plaintiff allegations in the First Amended Complaint and plaintiff's failure to state a cause of action, have not yet been decided by this Court in conjunction with defendant's pending motion to dismiss the First Amended Complaint.

    b. Defendant shall be permitted to refile this motion, if appropriate, following the

Court's ruling on the subject motion to dismiss supported by any findings, if made, concerning defendant's charge of harassment and/or any other sanctionable misconduct by plaintiff in conjunction with the filing of the First Amended Complaint.

DONE AND ORDERED in Chambers, at Miami, Florida this 11th day of March, 2011.

Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:

Honorable Marcia G. Cooke
All counsel of record