UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CV-61288-COOKE

HONORABLE MARCIA G. COOKE

THE STEPHAN CO.,

    Plaintiff,

vs.

COLGATE PALMOLIVE CO.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)

NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses the above-styled action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:

Jonathan Galler, Esq.
Matthew Triggs, Esq.
Payal Salsburg, Esq.
Proskauer, Rose, LLP
2255 Glades Road
Suite 340 West
Boca Raton, Florida 33431

Brendan J. O'Rourke, Esq.

CASE NO.: 10-CV-61288-COOKE

Gerald W. Sawczyn, Esq.
Dolores F. DiBella, Esq.
Adam Siegartel, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036

**BERMAN, KEAN & RIGUERA, P.A.**
Attorneys for the Plaintiff
2101 W. Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309
Telephone: (954) 735-0000
Facsimile: (954) 735-3636

By: //s/Richard E. Berman
Richard E. Berman
Florida Bar No.: 254908
Reb@bermankean.com
Brian J. McCarthy
Florida Bar No. 668710
Bjm@bermankean.com

\\Server-MS\REBData\ProlawDocs\Stephan Co., The\1718-003\Notice of Voluntary Dismissal\55683.wpd