UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-61288-Civ-COOKE/BANDSTRA

THE STEPHAN CO.,

    Plaintiff
vs.

COLGATE PALMOLIVE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Pl.'s Notice of Vol. Dismissal, ECF No. 45). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of March 2011.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*